**635 WARNER vs. CIRCUIT COURT COMMISSIONER (Wayne), 37 M., 473.**

To compel respondent to proceed on an order of reference tendered to him for execution in a foreclosure case.

Granted October 24, 1877.

Held, that a reference to ascertain the amount due under a mortgage, or any other interlocutory reference in a case not instituted for an accounting, is not within Act No. 96, Laws of 1877, requiring reference to a commissioner who has been designated as injunction master.

**636 HARDY vs. CIRCUIT JUDGE (Saginaw), No. 15925½.**

Certiorari to Saginaw.

To compel respondent to hear and pass upon an application for mandamus to compel a probate judge to proceed, at the instance of an heir, with an examination of a person who is suspected of having assets in his hands belonging to an estate, the respondent having denied the application on the sole ground that he had no power to issue the writ to a probate judge.

Granted December 4, 1896.